■ In the Matter of JAVAN HIGGINS, Petitioner, v MARK H. DADD, as Acting Justice of the Supreme Court of the State of New York, Respondent.—Petition unanimously dismissed without costs. Memorandum: Because no proceeding involving petitioner is pending before respondent, the petition fails to state a claim upon which relief may be granted and is therefore dismissed *(see,* CPLR 506 [b] [1]; 7803 [2]). (Original Proceeding Pursuant to Article 78.) Present—Denman, P. J., Boomer, Pine, Balio and Fallon, JJ.